# UNITED STATES DISTRICT COURT
для the
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>STACEY L. CULBERT<br>*Defendant* | Case No.: 25-CR-207 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Stacey L. Culbert
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2(a) - Possession with Intent to Distribute Cocaine

LINDA M. KLEMM, Clerk of Court, U.S. District Court

Date: October 21, 2025

s/ Kyle W. Frederickson, Deputy Clerk
*Signature of Deputy Clerk*

City and state: Green Bay, Wisconsin

---

**Return**

This warrant was received on *(date)* 10-21-25, and the person was arrested on 11-24-25
at *(city and state)* Southfield, MI.

Date: 11-24-25

*Arresting officer's signature*

Joe Godlewsk, Deputy
*Printed name and title*