# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:25−mj−30717−DUTY All Defendants

Case title: United States of America v. Culbert

Date Filed: 11/24/2025

Other court case number:  25CR207 Eastern District of Wisconsin

Date Terminated: 12/01/2025

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

**Stacey L. Culbert**
*TERMINATED: 12/01/2025*

represented by **Federal Community Defender**
613 Abbott
5th Floor
Detroit, MI 48226
313−967−5555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**David C. Tholen**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313−967−5835
Email: david_tholen@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| RULE 5(c)(3) from Eastern District of Wisconsin | |

**Plaintiff**

**United States of America**

represented by

**Kenton Craig Welkener , Jr**
DOJ – EDMI – USAO
211 W. Fort St.
Ste 2001
Detroit, MI 48226
313–226–0248
Email: kenton.welkener@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2025 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Stacey L. Culbert (1). (ABun) (Entered: 11/24/2025) |
| 11/24/2025 | | Minute Entry for in–person proceedings before Magistrate Judge David R. Grand: Initial Appearance in Rule 5(c)(3) Proceedings as to Stacey L. Culbert held on 11/24/2025. Defendant requests an Identity Hearing. **Detention Hearing set for 12/1/2025 01:00 PM Identity Hearing set for 12/1/2025 01:00 PM** Disposition: Defendant temporarily detained. (Court Reporter: Digitally Recorded) (Defendant Attorney: Celeste Kinney) (AUSA: Craig Welkener) (EBut) (Entered: 11/24/2025) |
| 11/24/2025 | | Minute Entry for in–person proceedings before Magistrate Judge David R. Grand: Identity Hearing Not Held as to Stacey L. Culbert.Disposition: Waived(Court Reporter: Digitally Recorded) (Defendant Attorney: Celeste Kinney) (AUSA: Craig Welkener) (EBut) (Entered: 11/24/2025) |
| 11/24/2025 | 2 | ◀ Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings as to Stacey L. Culbert held on 11/24/2025 before Magistrate Judge David R. Grand. AUDIO FILE SIZE (3.5 MB) (ABun) (Entered: 11/24/2025) |
| 11/24/2025 | 3 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Stacey L. Culbert. Signed by Magistrate Judge David R. Grand. (ABun) (Entered: 11/24/2025) |
| 11/24/2025 | 4 | ORDER Regarding Brady Materials as to Stacey L. Culbert. Signed by Magistrate Judge David R. Grand. (ABun) (Entered: 11/24/2025) |
| 11/24/2025 | 5 | WAIVER of Rule 5 AND 5.1 Hearings by Stacey L. Culbert (ABun) (Entered: 11/24/2025) |
| 11/24/2025 | 6 | ORDER SCHEDULING A DETENTION HEARING AND FOR TEMPORARY DETENTION as to Stacey L. Culbert Signed by Magistrate Judge David R. Grand. (ABun) (Entered: 11/24/2025) |
| 11/25/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE: David C. Tholen appearing for Stacey L. Culbert (Tholen, David) (Entered: 11/25/2025) |
| 12/01/2025 | | Minute Entry for in–person proceedings before Magistrate Judge Elizabeth A. Stafford: Detention Hearing as to Stacey L. Culbert held on 12/1/2025 Disposition: Defendant ordered detained. (Court Reporter: Digitally Recorded) (Defendant Attorney: David Tholen) (AUSA: Kenton Craig Welkener, Jr.) (DAll) (Entered: 12/01/2025) |
| 12/01/2025 | 8 | ◀ Public Audio File of Detention Hearing Part 1 of 3 as to Stacey L. Culbert held on 12/1/2025 before Magistrate Judge Elizabeth A. Stafford. AUDIO FILE SIZE (8.1 MB) (CShr) (Entered: 12/02/2025) |
| 12/01/2025 | 9 | ◀ Public Audio File of Detention Hearing Part 2 of 3 as to Stacey L. Culbert held on 12/1/2025 before Magistrate Judge Elizabeth A. Stafford. AUDIO FILE SIZE (304.3 KB) (CShr) (Entered: 12/02/2025) |
| 12/01/2025 | 10 | ◀ Public Audio File of Detention Hearing Part 3 of 3 as to Stacey L. Culbert held on 12/1/2025 before Magistrate Judge Elizabeth A. Stafford. AUDIO FILE SIZE (25.5 MB) (CShr) (Entered: 12/02/2025) |
| 12/01/2025 | 11 | ORDER OF DETENTION PENDING TRIAL as to Stacey L. Culbert Signed by Magistrate Judge Elizabeth A. Stafford. (MSyl) (Entered: 12/02/2025) |

| | | |
|---|---|---|
| 12/01/2025 | 12 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending in the Eastern District of Wisconsin and Commitment to that District as to Stacey L. Culbert. Signed by Magistrate Judge Elizabeth A. Stafford. (MSyl) (Entered: 12/03/2025) |
| 12/04/2025 | | TEXT–ONLY NOTICE to Eastern District of Wisconsin of Transfer as to Stacey L. Culbert. Your case number is: 25CR207. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text–only entries. Please note the following documents: 1 Rule 5(c)(3) Petition for Transfer Proceedings, Initial Appearance – Rule 5(c)(3),, 3 Order Appointing Federal Community Defender, Detention Hearing, 12 Transferring Defendant to Answer Charges, Hearing Not Held/Hearing Cancelled, 5 Waiver of Rule 5 Hearings (Formerly Rule 40), 4 Order Regarding Brady Materials (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (TTho) (Entered: 12/04/2025) |