# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**ARRAIGNMENT AND PLEA MINUTES**

**STACEY L CULBERT**

**Case No. 25-CR-207**

---

HONORABLE TIFFANY E. WOELFEL, presiding
Deputy Clerk: Jenny
Hearing Held: 12/31/2025

Hearing Began: <u>1:39 pm</u>
Hearing Ended: <u>2:01 pm</u>
Tape Number: Zoom 123125

**Appearances:**

UNITED STATES OF AMERICA by:
STACEY L CULBERT by:

Alexander Duros
Thomas Phillip
☒ FDS ☐ CJA ☐ RET

U.S. PROBATION OFFICE by:
INTERPRETER: ☒ None ☐ Sworn

Robert Herman

Defendant appears via telephone.
☒ Defendant consents to proceed via video from Dodge Detention Center.

---

☒ Original Indictment ☐ Superseding Indictment ☐ Information ☒ Felony ☐ Misdemeanor

Speedy Trial Date: <u>March 11, 2026</u>
Final Pretrial Conf.: <u>February 10, 2026 at 2:30 pm</u>
Jury Trial Date: <u>February 23, 2026 at 8:30 am</u>
Trial Length Estimate: <u>2 days</u>

District Judge: <u>William C. Griesbach</u>
Magistrate Judge: <u>Stephen C. Dries</u>
Motions Due: <u>January 15, 2026</u>
Responses Due: <u>January 26, 2026</u>
Replies Due: <u>February 2, 2026</u>

---

☒ Defendant advised of rights

☒ Court orders counsel appointed

☒ Copy of indictment received by defendant
   ☐ document read ☒ reading waived
☒ Defendant advised of charges, penalties, and fines
☒ Not guilty plea entered by: ☒ Defendant ☐ Court

☒ Expanded discovery policy applies

☒ Government to disclose grand jury materials one day prior to trial

☐ Oral Motion for Complex Designation:
   ☐ Granted ☐ Denied
   ☐ Referred to Stephen C. Dries
☐ Case designated complex

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

---

<u>Maximum Penalties:</u> Ct 1- 10yr-life; $8 million; 8yr-life SR; $100 SA.

Govt requests detention. Defense requests release. Court orders Defendant detained pending trial. SEE Order of Detention Pending Trial.